Tiffany A. Harris   OSB 02318
Harris Defense, LLC
333 SW Taylor St., Suite 300
Portland, Oregon 97204
t. 503.782.4788   f. 503.217.5510
tiff@harrisdefense.com

Attorney for John Kyle Donnahoo

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA:<br><br>         Plaintiff,<br><br>v.<br><br> JOHN KYLE DONNAHOO.<br><br>         Defendant. | 3:23-mj-00026<br><br>DECLARATION OF COUNSEL IN SUPPORT OF UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT |

I, Tiffany A. Harris, declare the following to be true to the best of my knowledge:

1.    In April of 2023, Mr. Donnahoo was arrested on a criminal complaint, alleging distribution of fentanyl resulting in the death of one person and serious bodily injury to six others. If indicted consistent with the allegations in the complaint, Mr. Donnahoo would face a mandatory minimum sentence of at least 20 years prison.

2.    Mr. Donnahoo was released on conditions, which included residence at an in-patient drug treatment facility. In December of 2024, he was arrested in Yamhill County and ultimately pled guilty to a felony offense. He has been serving a prison sentence at Snake River Correctional Institution since that time.

3.      The Government and I have continued to discuss a pretrial resolution to Mr. Donnahoo's federal case, which would involve a waiver of indictment and plea to an Information.

4.      The Government and I are finalizing preparations to have Mr. Donnahoo transported to this jurisdiction from primary state custody and respectfully request a continuance of today's arraignment to a date next month, in September, convenient for the Court and counsel.

5.      The Government does not oppose this request and Mr. Donnahoo, understanding that he has a right to arraignment within 30 days, has elected to waive that right to facilitate a pre-indictment resolution to his case.

I declare under penalty of perjury that the forgoing is correct to the best of my knowledge and belief.

DATED this <u>3rd</u> day of August, 2026.

Respectfully submitted,

/S/      Tiffany Harris
Tiffany A. Harris
Attorney for Defendant John Donnahoo